# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2009

137513

LAURIE KARBAL GOLDEN, f/k/a
LAURIE KARBAL BRANT,
      Plaintiff/Counter-Defendant/
      Appellee,

v

AMICA MUTUAL INSURANCE COMPANY,
      Defendant,

and

NORMAN H. BRANT, d/b/a NORMAN H.
BRANT, DPM,
      Defendant/Counter-Plaintiff/
      Cross-Defendant/Appellant,

and

FRANKLIN BANK, N.A.,
      Defendant/Cross-Plaintiff.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 137513
COA: 284515
Oakland CC: 2007-008712-AV

On order of the Court, the application for leave to appeal the September 5, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2009

_____
Clerk

s0120